### In re Jason Emanuel SMART-EL, Petitioner.

#### No. 15–1111.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. Feb. 20, 2015.

Opinion filed: April 14, 2015.

Jason Smart–El, Butner, NC, pro se.

Jason M. Richardson, Esq., Office of United States Attorney, Camden, NJ, for Defendant–Respondent.

Before: McKEE, Chief Judge, GARTH and BARRY, Circuit Judges.

### OPINION *

PER CURIAM.

Jason Emanuel Smart–El filed a petition for writ of mandamus requesting that we direct the District Court to rule on a motion that he had filed pursuant to 28 U.S.C. § 2255. The District Court has since

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not

granted Smart–El's § 2255 motion. In light of the District Court's action, the question Smart–El presented is no longer a live controversy, so we will dismiss the petition as moot. *See, e.g., Lusardi v. Xerox Corp.,* 975 F.2d 964, 974 (3d Cir. 1992); *see also Blanciak v. Allegheny Ludlum Corp.,* 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot.")

constitute binding precedent.